IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-CV-47-D

JEFFREY QUINN, EXECUTOR OF THE )
ESTATE OF DOROTHY MAE QUINN, )
                                                                 )
        Plaintiff,                     )
                                                                 )
        v.                               )         ORDER
                                                                  )
UNITED STATES OF AMERICA,     )
                                                                  )
        Defendant.                  )

FOR THE REASONS set out in the Defendant's Motion to Dismiss and Memorandum in Support filed March 18, 2013, the Defendant's Motion to Dismiss is GRANTED. The Court also notes that Plaintiff filed a Motion to Dismiss Without Prejudice on April 5, 2013, also requesting that the Court dismiss the case without prejudice.

It is, therefore, ORDERED that Defendant's Motion to Dismiss is GRANTED, without prejudice, and the Plaintiff's Motion to Dismiss is moot.

SO ORDERED this \_\_14\_\_ day of May, 2013.

                                        JAMES C. DEVER, III
                                        Chief US District Judge