UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY QUINN, *Executor of the Estate of Dorothy Mae Quinn*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 7:13-CV-47-D |

**Decision by Court.**

    **IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant United States of America's Motion to Dismiss [D.E. 3] is GRANTED, without prejudice, and the Plaintiff's Motion to Dismiss [D.E. 6] is moot. The Clerk shall close the case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 15, 2013,** WITH A COPY TO:

    Stephen J. Gugenheim (via CM/ECF electronic notification)
    R.A. Renfer, Jr. (via CM/ECF electronic notification)

May 15, 2013
Date

JULIE A. RICHARDS, Clerk
Eastern District of North Carolina

/s/Debby Sawyer
(By) Deputy Clerk

Raleigh, North Carolina